UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| STEPHANIE R. KEEN,<br><br>           Plaintiff,<br><br>   v.<br><br>CAROLYN W. COLVIN, Acting Commissioner of Social Security,<br><br>           Defendant. | Case No. C15-5107-TSZ<br><br>**ORDER AFFIRMING THE COMMISSIONER** |

The Court having reviewed the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, docket no. 25, to which no timely objection was made, does hereby find and ORDER:

1) The Court ADOPTS the Report and Recommendation.

2) The Commissioner's decision is AFFIRMED and this case is DISMISSED with prejudice.

3) The Clerk shall provide copies of this Order to the parties and Judge Tsuchida.

DATED this 11th day of January, 2016.

                                              /s/ Thomas S. Zilly

                                              Thomas S. Zilly
                                              United States District Judge